73 So.2d 378

## Harvey BYRD v. STATE.

### 3 Div. 662.

Supreme Court of Alabama.

June 17, 1954.

H. C. Rankin, Brewton, for petitioner.

Si Garrett, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Harvey Byrd, for certiorari to the Court of Appeals to review and re-Court in Byrd v. State, 37 Ala.App. 121, 73 So.2d 376.

Writ denied.

SIMPSON, GOODWYN and MER-RILL, JJ., concur.

74 So.2d 630

## Harry L. CULLET

### v.

## H. V. LEWIS.

### 6 Div. 512.

Supreme Court of Alabama.

Aug. 30, 1954.

Tweedy & Beech, Jasper, for appellant.

Fred Fite and Rankin Fite, Hamilton, for appellee.

LIVINGSTON, Chief Justice.

It is made known to this Court by the attorneys representing both appellant and appellee that the parties to this cause, since this appeal was perfected, have composed their differences and settled all matters in dispute between them; and, further, that the parties desire that the agreement of settlement be incorporated in the decree of the Circuit Court, in Equity, of Marion County, Alabama; and that this cause be reversed and remanded to that court for that purpose. The cause is therefore reversed and remanded to the Circuit Court, in Equity, of Marion County, Alabama, for the purposes stated.

Reversed and remanded.

LAWSON, STAKELY and MERRILL, JJ., concur.

74 So.2d 520

## Grady FREEMAN

### v.

## STATE.

### 6 Div. 771.

Supreme Court of Alabama.

Aug. 30, 1954.

Caine O'Rear, Jr., and Chas. R. Wiggins, Jr., Jasper, for petitioner.

Si Garrett, Atty. Gen., Robt. Straub, Asst. Atty. Gen., and Owen Bridges, of counsel, opposed.

LIVINGSTON, Chief Justice.

Petition of Grady Freeman for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Freeman v. State, 37 Ala.App. 623, 74 So. 2d 513.

Writ denied.

SIMPSON, GOODWYN and CLAYTON, JJ., concur.